**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENNETH PEOPLES,<br><br>          Petitioner,<br><br>      v.<br><br>CONNIE GIPSON, Acting Warden,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CV 10-09107 ODW (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 16, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE